B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–13090**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph A Poierier
   7610 Orchard Lane
   Apt. 5
   Woodridge, IL 60517

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9331

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>July 15, 2014</u>        <u>Jeffrey P. Allsteadt, Clerk</u>
                                    United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-13090-DRC
Joseph A Poierier                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1          Date Rcvd: Jul 15, 2014
                              Form ID: b18             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2014.
```
db        +Joseph A Poierier,    7610 Orchard Lane,    Apt. 5,    Woodridge, IL 60517-3038
21772344  +Chase,    Po Box 24696,    Columbus, OH 43224-0696
21772348  +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
21772349  +Michelle Wojtowicz,    337 Everington Court,    Bolingbrook, IL 60440-1041
21772350  +Oak Hills Condominium Association,    Tressler LLP,    305 W. Briarcliff Rd.,
            Bolingbrook, IL 60440-2856
21772337  +Poierier Joseph A,    7610 Orchard Lane,    Apt 5,    Woodridge, IL 60517-3038
21772351  +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
21772352  +Suntrust Mortgage/cc 5,    Po Box 85526,    Richmond, VA 23285-5526
21772338  +The Law Office of Ben W Koyl,    17 North State Street Suite 1700,    Chicago, IL 60602-3293
21772353  +Turner Acceptance Crp,    5900 W Howard St,    Skokie, IL 60077-2627
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr        +EDI: QGBKROL.COM Jul 16 2014 01:43:00      Gina B Krol,    Cohen & Krol,
            105 West Madison St Ste 1100,    Chicago, IL 60602-4600
21772339  +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 16 2014 02:07:20      Armor Systems Co,
            1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
21772340   EDI: BANKAMER.COM Jul 16 2014 01:43:00      Bank Of America,    Po Box 982235,    El Paso, TX  79998
21772341   EDI: CAPITALONE.COM Jul 16 2014 01:43:00      Cap One,    Po Box 85520,    Richmond, VA  23285
21772342  +EDI: CAPITALONE.COM Jul 16 2014 01:43:00      Cap1/kawas,    26525 N Riverwoods Blvd,
            Mettawa, IL 60045-3438
21772343  +EDI: CHASE.COM Jul 16 2014 01:43:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21772345  +EDI: RMSC.COM Jul 16 2014 01:43:00      Gecrb/sams Club Dc,    Po Box 965005,
            Orlando, FL 32896-5005
21772346  +E-mail/Text: ebnsterling@weltman.com Jul 16 2014 02:05:05      J.b. Robinson Jewelers,
            375 Ghent Rd,    Akron, OH 44333-4601
21772347  +E-mail/Text: ebnsterling@weltman.com Jul 16 2014 02:05:06      Kay Jewelers,    375 Ghent Rd,
            Fairlawn, OH 44333-4600
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2014 at the address(es) listed below:
```
          Ben W Koyl    on behalf of Debtor Joseph A Poierier ben@chicagobklaw.com, paulhimsel@yahoo.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul  Himsel    on behalf of Debtor Joseph A Poierier paulhimsel@yahoo.com, bkoyl@rocketmail.com
                                                                                              TOTAL: 4
```